IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WILLIAM SPIVEY, #K-81482, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 11-cv-099-JPG |
| | ) | |
| SEAN FURLOW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action came before the Court on an Order revoking Plaintiff's leave to proceed in forma pauperis (IFP) (Doc. 21). On March 7, 2011 the Court granted Plaintiff's motion to proceed IFP (Doc. 17). However, on April 13, 2011, the Court reconsidered Plaintiff's pauper status *sua sponte*, and determined that Plaintiff was not eligible to proceed IFP in this action, and thus revoked Plaintiff's pauper status (Doc. 21). *See* 28 U.S.C. § 1915(g). The Court then ordered Plaintiff to pay the $350 filing fee in full by May 4, 2011. Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally James v. McDonald's Corp.*, 471 F.3d 672, 681 (7th Cir. 2005); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997). All Pending motions are **DENIED** as moot. The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED: May 10, 2011**

*s/J. Phil Gilbert*
**United States District Judge**